UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

WILLIAM J. O'REILLY,

                       Plaintiff,

    -against-                      Docket No.: 17-cv-6839(JFB)(SIL)

MICHAEL J. PANTER,

                       Defendant.

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff William J. O'Reilly, and his counsel, hereby give notice that the above-caption action is voluntarily dismissed, without prejudice, against Defendant Michael J. Panter.

Dated: November 6, 2018
       New York, New York

Respectfully submitted,

HOGUET NEWMAN
REGAL & KENNEY, LLP

By: _____
    Fredric S. Newman
    Andrew N. Bourne
One Grand Central Place
60 East 42nd Street, 48th Floor
New York, NY 10165
Phone: 212-689-8808

*Attorneys for Plaintiff*